1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID EDWARDS,                          No.  2:13-cv-02218 DAD DB P

12
                    Plaintiff,
13                                            ORDER

         v.
14
     SWARTHOUT,
15
                    Defendant.
16

17
         Plaintiff David Edwards, an inmate proceeding with counsel, seeks relief pursuant to 42
18
     U.S.C. § 1983.  Parties have filed a joint motion for status conference in the present action.  (ECF
19
     No. 53.)  As this request appears appropriate, the court will grant parties' motion for status
20
     conference.
21
         Accordingly, IT IS HEREBY ORDERED that:
22
         1.  Parties' joint motion for status conference (ECF No. 53) is granted.
23
         2.  A Status Conference is set for **Friday, November 4, 2022, at 10:00 a.m.** at the United
24
     States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the
25
     undersigned.[1]
26

     _____
27   [1] Parties shall appear at the Status Conference either telephonically or over video conference
     through the Zoom application (which is free and must be downloaded to your computer or mobile
28   device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall

                                           1

3.  Plaintiffs shall file and serve a status report on or before **October 21, 2022**, and defendant shall file and serve a status report on or before **October 28, 2022**.  Each party's status report shall identify for the court the matters and issues the parties wish to address at the status conference.

4.  The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction.  See Local Rules 110 and 183.

DATED: October 4, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/edwa2218.ossc

contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.