# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GARY SWARTHOUT, Warden<br><br>　　　　　　　Defendant. | Case No. 2:13-cv-02218-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REQUEST SUBSTITUTION AFTER DEATH OF PARTY**<br><br>*District Judge:* Hon. Daniel J. Calabretta<br>*Magistrate Judge*: Sean C. Riordan<br><br>Trial Date:　　　Not set<br>Action filed:　　October 23, 2013 |

Before the Court is the Parties' Joint Stipulation for Extension of Time For Plaintiff to File a Motion for Substitution After Death of Party. Having considered the Parties' Joint Stipulation for Extension and for good cause appearing therefor, the deadline for Plaintiff's motion for substitution following the death of David Edwards is hereby extended for an additional 30 days. Plaintiff's motion shall be filed on or before February 3, 2025.

**IT IS SO ORDERED.**

DATED: December 26, 2024

_____
　Honorable Sean C. Riordan
　United States Magistrate Judge