**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
YONGBIN CHANG (SBN 347454)
  ychang@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Plaintiff
**DAVID E. EDWARDS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GARY SWARTHOUT, Warden<br><br>                    Defendant. | Case No. 2:13-cv-02218-DJC-SCR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO SEAL DOCUMENT**<br><br>*District Judge:* Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Sean C. Riordan<br><br>Hearing Date: March 13, 2025<br><br>Trial Date: Not set<br>Action filed: October 23, 2013 |

1  Before the Court is Plaintiff's Unopposed Request to Seal Document ("Request"). After consideration of Plaintiff's Request and for good cause appearing, the Request is GRANTED. The Court orders that the Certificate of Death for David Edwards, attached as Exhibit 1 to the Request and included as Exhibit B to the Declaration of Jonathan Edwards in support of the Motion to Substitute, be sealed in its entirety.

**IT IS SO ORDERED.**

DATED: March 3, 2025

_____
Honorable Sean C. Riordan
United States Magistrate Judge