**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
YONGBIN CHANG (SBN 347454)
  ychang@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Plaintiff
**DAVID E. EDWARDS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GARY SWARTHOUT, Warden<br><br>                    Defendant. | Case No. 2:13-cv-02218-DJC-SCR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE DUE TO THE DEATH OF A PARTY**<br><br>*District Judge:* Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Sean C. Riordan<br><br>Hearing Date: March 13, 2025<br><br>Trial Date: Not set<br>Action filed: October 23, 2013 |

Before the Court is Plaintiff's Unopposed Motion to Substitute due to Death of a Party filed on February 3, 2025 (the "Motion"). Having considered the Plaintiff's Motion, the declaration of Jonathan Edwards, and accompanying exhibits, and for good cause appearing therefor, the Motion is GRANTED. Jonathan Edwards will be substituted as the Plaintiff in this action.  The Clerk of Court shall amend the docket accordingly.

**IT IS SO ORDERED.**

DATED: March 3, 2025

_____
Honorable Sean C. Riordan
United States Magistrate Judge