UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EDWARDS, Successor in Interest for DAVID E. EDWARDS, <br><br>Plaintiff, <br><br>v. <br><br>SWARTHOUT, et al., <br><br>Defendants. | No. 2:13-cv-2218-DJC-SCR <br><br><br>ORDER |

    Plaintiff proceeds through counsel in this matter as Successor in Interest for David E. Edwards, who filed this civil rights action pursuant to 42 U.S.C. § 1983. Having reviewed the parties' joint stipulation for an extension of the deadlines for submitting pretrial statements, the court grants the requested extension, in part. ECF No. 95. The lengthy extension of time requested by the parties was not possible to fully accommodate in light of the trial date set herein. Due to the age of this case, the parties are further advised that the deadlines set in this order are **firm**.

    Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

    1. Plaintiff's pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial is due on or before December 1, 2015.

    2. Defendant's pretrial statement is due on or before January 2, 2026.

3. The parties are advised that failure to file a pretrial statement by the dates set herein may result in the imposition of sanctions, including dismissal of this action.

4. The final pretrial conference before the Honorable Daniel J. Calabretta is set for January 29, 2026 at 1:30 p.m. via Zoom videoconference. The parties will be sent sign in instructions via separate order.

5. The jury trial in this matter shall commence on March 23, 2026 at 8:30 a.m. before the Honorable Daniel J. Calabretta in Courtroom 7, 14th Floor.

DATED: July 7, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE