IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN EDWARDS,**<br><br>                             Plaintiff,<br><br>    v.<br><br>**GARY SWARTHOUT,**<br><br>                             Defendant. | Case No. 2:13-cv-02218-DJC-SCR<br><br>[~~PROPOSED~~] ORDER |

On August 14, 2025, the parties jointly moved to extend Defendant's deadline to respond to Plaintiff's pending motion to reopen limited fact discovery by seven days, from August 14, 2025, to August 21, 2025, extend Plaintiff's deadline to file a reply by an equivalent seven days, from August 25, 2025 to September 2, 2025, and continue the hearing date to September 11, 2025. The parties seek to continue the briefing schedule and hearing date to facilitate a possible resolution of this matter through settlement.

Good cause appearing, the joint motion is **GRANTED**. Defendant shall file a response to Plaintiff's motion by **August 21, 2025.** Plaintiff may file a reply to Defendant's response by

////

////

////

1  September 2, 2025. The hearing on Plaintiff's motion is continued to **September 11, 2025**.

2  **IT IS SO ORDERED.**

3  Dated: August 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE