COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ZOË HELSTROM (339093)
(zhelstrom@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
Jonathan Edwards

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　　Defendant. | Case No. 2:13-cv-02218-DJC-SCR<br><br>**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Joint Stipulation of Dismissal with Prejudice**<br><br>*District Judge*: Daniel J. Calabretta<br>*Magistrate Judge*: Sean C. Riordan |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[P̶r̶o̶p̶o̶s̶e̶d̶] ORDER GRANTING JOINT STIP
OF DISMISSAL WITH PREJUDICE
(2:13-CV-02218-DJC-SCR)

Before the Court is the Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of Plaintiff Jonathan Edwards and Defendant Gary Swarthout. Having considered the Stipulation, the Court finds that the Stipulation should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The above-captioned case is hereby dismissed in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and that each party shall bear its own costs and fees;

2. All pending motions are terminated;

3. All pending deadlines and court dates are vacated;

4. The Clerk of Court shall close this case.

DATED: September 16, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING JOINT STIP
OF DISMISSAL WITH PREJUDICE
(2:13-CV-02218-DJC-SCR)